

ACCEPTED
15-24-00046-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/27/2025 1:59 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/27/2025 1:59:34 PM
CHRISTOPHER A. PRINE
Clerk

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

January 27, 2025

Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

*Via electronic service*

RE:   Court of Appeals Number: 15-24-00046-CV
      Trial Court Case Number: D-1-GN-22-006447

Style: Appellants, The Public Utility Commission of Texas and Peter Lake, Will McAdams, Lori Cobos, Jimmy Glotfelty, and Kathleen Jackson, in their Official Capacities as Commissioners of the Public Utility Commission of Texas// Cross-Appellant, SWWC Utilities, Inc., d/b/a Hornsby Bend Utility Company, Inc.
v. Appellee, SWWC Utilities, Inc., d/b/a Hornsby Bend Utility Company, Inc.// Cross-Appellees, The Public Utility Commission of Texas and Peter Lake, Will McAdams, Lori Cobos, Jimmy Glotfelty, and Kathleen Jackson, in their Official Capacities as Commissioners of the Public Utility Commission of Texas

Dear Christopher A. Prine:

Please be advised that the undersigned counsel will be out of state or otherwise unavailable from Friday, February 7, 2025, through and including Friday, February 14, 2025.

I respectfully request that no oral argument be scheduled in this matter during that period or immediately thereafter. Thank you for your attention to this matter, and please advise if you have any questions.

Sincerely,

/s/ *Amanda Atkinson Cagle*
Amanda Atkinson Cagle

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov

Assistant Attorney General
Environmental Protection Division
Tel: (512) 475-4002
Cell: (512) 975-1582
Amanda.Cagle@oag.texas.gov


cc:    Ryan D. V. Green, Counsel for SWWC Utilities, Inc., d/b/a Hornsby Bend
Utility Company, Inc., *Via e-service*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Courtney on behalf of Amanda Cagle
Bar No. 783569
laura.courtney@oag.texas.gov
Envelope ID: 96637442
Filing Code Description: Letter
Filing Description: AAG Amanda Atkinson Cagle Vacation Letter
Status as of 1/27/2025 2:10 PM CST

Associated Case Party: SWWC Utilities, Inc., d/b/a Hornsby Bend Utility Company, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Paul MTerrill | | pterrill@terrillwaldrop.com | 1/27/2025 1:59:34 PM | SENT |
| Ryan Greene | | rgreene@terrillwaldrop.com | 1/27/2025 1:59:34 PM | SENT |

Associated Case Party: The Public Utility Commission of Texas and Peter Lake, Will McAdams, Lori Cobos, Jimmy Glotfelty, and Kathleen Jackson, in their Official Capacities as Commissioners of the Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Amanda Cagle | 783569 | amanda.cagle@oag.texas.gov | 1/27/2025 1:59:34 PM | SENT |
| John Hulme | 10258400 | John.Hulme@oag.texas.gov | 1/27/2025 1:59:34 PM | SENT |
| Laura Courtney | | laura.courtney@oag.texas.gov | 1/27/2025 1:59:34 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Laurent | | david.laurent@oag.texas.gov | 1/27/2025 1:59:34 PM | SENT |